LOCAL FORM 1007.1          3:11-bk-30381

[CAPTION]

STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ☑ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |

[SIGNATURE OF DEBTOR]
Date: 2/15/11

[SIGNATURE OF JOINT DEBTOR]
Date:_____

---

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571*

FILED  FEB 18 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
| --- | --- | --- | --- | --- | --- | --- |
| Anthony M Miller | | | | | Married/(none) | Fed-1/0/TN-0/0 |
| | | | | | Pay Period: 01/01/2011 - 01/15/2011 | Pay Date: 01/14/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| --- | --- | --- | --- | --- | --- | --- |
| Hourly Regular Rate | 20:00 | 10.00 | 200.00 | 200.00 | | |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Federal employee taxes | 0.00 | |
| Social Security Employee | -8.40 | -8.40 |
| Medicare Employee | -2.90 | -2.90 |
| | -11.30 | -11.30 |

| Net Pay | 188.70 | 188.70 |
| --- | --- | --- |

*PAID MONTHLY*
*THIS PAY is 12/15/10 - 1/16/11*

376

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
| --- | --- | --- | --- | --- | --- | --- |
| Anthony M Miller | | | | | Married/(none) | Fed-1/0/TN-0/0 |
| | | | | | Pay Period: 01/16/2011 - 02/15/2011 | Pay Date: 02/15/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| --- | --- | --- | --- | --- | --- | --- |
| Hourly Regular Rate | 20:00 | 10.00 | 200.00 | 400.00 | | |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Federal employee taxes | 0.00 | |
| Social Security Employee | -8.40 | -16.80 |
| Medicare Employee | -2.90 | -5.80 |
| | -11.30 | -22.60 |

| Net Pay | 188.70 | 377.40 |
| --- | --- | --- |

**AllMeds, Inc.**
151 Lafayette Drive
Suite #401
Oak Ridge, TN 37830

3:11-bk-30381

Check: 3634

Pay Date: 12/31/2010

**Anthony Miller**
108 Tansi Lane
Oak Ridge, TN 37830

Net Pay $1,288.25

| | | |
|---|---|---|
| **Anthony Miller** | **SSN :** | ***-**-7848 |
| 108 Tansi Lane | | |
| Oak Ridge, TN 37830 | | |
| | **Check:** | 3634 |
| **Status/Allow/Extra (Fed):** Single/1/0 | | |
| **Status/Allow/Extra (State):** /0/0 | | |
| **Pay Period:** 12/13/2010 - 12/26/2010 | **Pay Date:** | 12/31/2010 |

| Paid Time Off | Used | Available |
|---|---|---|
| Vacation | 0 | 0 |
| Sick | 0 | 0 |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Hourly | 25.96 | 72.00 | $1,869.12 | $48,370.53 |
| Hourly Holiday Lea | 24.03 | 8.00 | $192.24 | $1,345.68 |
| Excess Life - $50k | | | $101.99 | $101.99 |
| Payroll Adjustment | | | $15.00 | $360.00 |
| Hourly Vacation | | | | $1,913.82 |
| Hourly overtime (x | | | | $72.10 |
| Hourly Sick Leave | | | | $1,189.49 |
| **Total** | | | **$2,178.35** | **$53,353.61** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Excess Life - $50K Deduction | -$101.99 | -$101.99 |
| GHI Deduction | -$0.50 | -$12.00 |
| 401k Emp. | -$50.00 | -$1,200.00 |
| **Total** | **-$152.49** | **-$1,313.99** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$271.00 | -$7,372.00 |
| Social Security Employee | -$135.03 | -$3,307.18 |
| Medicare Employee | -$31.58 | -$773.45 |
| **Total** | **-$437.61** | **-$11,452.63** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Payroll Advance Repayment | -$300.00 | -$4,100.00 |
| **Total** | **-$300.00** | **-$4,100.00** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **$1,288.25** | **$36,486.99** |

AllMeds, Inc., 151 Lafayette Drive, Suite #401, Oak Ridge, TN 37830 888-343-MEDS (6339)

**AllMeds, Inc.**
151 Lafayette Drive
Suite #401
Oak Ridge, TN 37830

3:11-bk-30381

Check: 3670
Pay Date: 01/14/2011

**Anthony Miller**
113 Goldenview Lane
Oak Ridge, TN 37830

Net Pay $1,587.57

| | |
|---|---|
| **Anthony Miller** | **SSN:** ***-**-7848 |
| 113 Goldenview Lane | |
| Oak Ridge, TN 37830 | |
| | **Check:** 3670 |
| **Status/Allow/Extra (Fed):** Single/1/0 | |
| **Status/Allow/Extra (State):** /0/0 | |
| **Pay Period:** 12/27/2010 - 01/09/2011 | **Pay Date:** 01/14/2011 |

| Paid Time Off | Used | Available |
|---|---|---|
| Vacation | 0 | 0 |
| Sick | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| HSA Company Contribution | $100.00 | $100.00 |
| **Total** | **$100.00** | **$100.00** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Hourly | 25.96 | 71.00 | $1,843.16 | $1,843.16 |
| Hourly Sick Leave | 24.03 | 1.00 | $24.03 | $24.03 |
| Hourly Holiday Lea | 24.03 | 8.00 | $192.24 | $192.24 |
| Payroll Adjustment | | | $15.00 | $15.00 |
| **Total** | | | **$2,074.43** | **$2,074.43** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| GHI Deduction | -$0.50 | -$0.50 |
| 401k Emp. | -$50.00 | -$50.00 |
| HSA Employee Contribution | -$50.00 | -$50.00 |
| **Total** | **-$100.50** | **-$100.50** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$272.00 | -$272.00 |
| Social Security Employee | -$85.01 | -$85.01 |
| Medicare Employee | -$29.35 | -$29.35 |
| **Total** | **-$386.36** | **-$386.36** |
| **Net Pay** | **$1,587.57** | **$1,587.57** |

AllMeds, Inc., 151 Lafayette Drive, Suite #401, Oak Ridge, TN 37830 888-343-MEDS (6339)

**AllMeds, Inc.**
151 Lafayette Drive
Suite #401
Oak Ridge, TN 37830

3:11-bk-30381

Check: 3697
Pay Date: 01/31/2011

**Anthony Miller**
113 Goldenview Lane
Oak Ridge, TN 37830

Net Pay $1,284.12

| | | |
|---|---|---|
| **Anthony Miller** | **SSN :** | ***-**-7848 |
| 113 Goldenview Lane | | |
| Oak Ridge, TN 37830 | | |
| | **Check:** | 3697 |
| **Status/Allow/Extra (Fed):** Single/1/0 | | |
| **Status/Allow/Extra (State):** /0/0 | | |
| **Pay Period:** 01/10/2011 - 01/23/2011 | **Pay Date:** | 01/31/2011 |

| Paid Time Off | Used | Available |
|---|---|---|
| Vacation | 12.00 | 108.00 |
| Sick | 0 | 64.00 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| HSA Company Contribution | $100.00 | $200.00 |
| **Total** | **$100.00** | **$200.00** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Hourly | 25.96 | 68.00 | $1,765.28 | $3,608.44 |
| Hourly Vacation | 24.03 | 12.00 | $288.36 | $288.36 |
| Payroll Adjustment | | | $15.00 | $30.00 |
| Hourly Sick Leave | | | | $24.03 |
| Hourly Holiday Lea | | | | $192.24 |
| **Total** | | | **$2,068.64** | **$4,143.07** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| GHI Deduction | -$0.50 | -$1.00 |
| 401k Emp. | -$50.00 | -$100.00 |
| HSA Employee Contribution | -$50.00 | -$100.00 |
| **Total** | **-$100.50** | **-$201.00** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$270.00 | -$542.00 |
| Social Security Employee | -$84.76 | -$169.77 |
| Medicare Employee | -$29.26 | -$58.61 |
| **Total** | **-$384.02** | **-$770.38** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Payroll Advance Repayment | -$300.00 | -$300.00 |
| **Total** | **-$300.00** | **-$300.00** |

| **Net Pay** | **$1,284.12** | **$2,871.69** |
|---|---|---|

AllMeds, Inc., 151 Lafayette Drive, Suite #401, Oak Ridge, TN 37830 888-343-MEDS (6339)

3:11-bk-30381

| a Employee's social security number ████-7848 | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile. |

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 62-1568563 | 52141.61 | 7372.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| ALLMEDS, INC.<br>151 LAFAYETTE DRIVE<br>SUITE #401<br>OAK RIDGE    TN 37830 | 53341.61 | 3307.18 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 53341.61 | 773.45 |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| ANTHONY M    MILLER<br>108 TANSI LANE<br>OAK RIDGE    TN 37830 | | Code D    1200.00 |
| | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b Code C    101.99 |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Form **W-2** Wage and Tax Statement    2010    Department of the Treasury—Internal Revenue Service

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

3:11-bk-30381

| a Employee's social security number ***-**-7848 | OMB No. 1545-0008 | Safe, accurate, FAST! Use **IRS e-file** | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|

| b Employer identification number (EIN) 62-1500961 | 1 Wages, tips, other compensation 2400.00 | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code<br>STATE FARM/RUBY A. MILLER AGENT<br>STATE FARM/RUBY MILLER AGENCY<br>574 OAK RIDGE TURNPIKE<br>OAK RIDGE TN 37830 | 3 Social security wages 2400.00 | 4 Social security tax withheld 148.80 |
| | 5 Medicare wages and tips 2400.00 | 6 Medicare tax withheld 34.80 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>ANTHONY M MILLER<br>P. O. BX 5862<br>OAK RIDGE TN 37830 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement  2010   Department of the Treasury—Internal Revenue Service

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.