B 23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Tennessee

In re _____ Anthony M. Miller _____ ,     Case No. 3:11-bk-30381 _____
*Debtor*

Chapter 7 _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, _____ Anthony M. Miller _____ , the debtor in the above-styled case, hereby
*(Printed Name of Debtor)*

certify that on _____ 02/27/2011 _____ *(Date)*, I completed an instructional course in personal financial management

provided by _____ 50-30-20 Money Plan _____ , an approved personal financial
*(Name of Provider)*

management provider.

Certificate No. *(if any)*: 05701-TNE-DE-014007584 _____ .

☐ I, _____ , the debtor in the above-styled case, hereby
*(Printed Name of Debtor)*

certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: 2/27/11 _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

FILED   MAR 0 1 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

BY

Anthony Miller
113 Goldenview Lane
Oak Ridge, TN 37830
February 28, 2011


United States Bankruptcy Court
Howard Baker J. Courthouse
800 Market Street
Knoxville, TN. 37902


RE: **Case # 3:11-bk-30381**



Dear Court Clerk:

I am sending my Form B23 as verification that I have completed a post-petition
instructional financial management course. I completed the course on February 27, 2011.

Thank you,

Anthony Miller

MAR 0 1 2011

RECEIVED _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

BY _____