**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

| | |
|---|---|
| In Re:<br>  ANTHONY M. MILLER<br><br><br><br>                    Debtor. | * CHAPTER  7<br>*<br>* CASE NO.  11-30381<br>*<br>* JUDGE  RICHARD S. STAIR, JR.<br>* |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Litton Loan Servicing LP, not in its individual capacity, but solely as Trustee for 147 LONG BEACH MORTGAGE SPECIAL ("Creditor"), by and through its undersigned counsel, and requests that its counsel be added to the mailing matrix in this case as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest pursuant to Fed. R. Bankr. P. 2002.

Respectfully submitted,

/s/ Laura Grifka
Laura Grifka, TN Bar No. 015119
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6535
Fax: 866-950-3067
lag@mccallaraymer.com

*M&C File No.LITT-11-40086-2*