Certificate Number: 05701-TNE-DE-014007584

Bankruptcy Case Number: 11-30381


05701-TNE-DE-014007584

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 27, 2011</u>, at <u>6:58</u> o'clock <u>AM MST</u>, <u>ANTHONY M MILLER</u> completed a course on personal financial management given <u>by internet</u> by <u>50-30-20 MoneyPlan</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Tennessee</u>.

Date: <u>February 27, 2011</u>   By:   <u>/s/Nicole Dixon</u>

Name: <u>Nicole Dixon</u>

Title: <u>Client Care and Certificate Specialist</u>

